

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8673

March 11, 2024

**BY ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *LoGiudice v. James et al.*, No. 22-cv-4363 (DG) (ARL)

Dear Judge Gujarati:

The parties respectfully submit this joint status letter pursuant to the Court's February 12, 2024 Minute Order. The parties have conferred regarding the settlement of this action, but have been unable to reach an agreement. Accordingly, the parties respectfully submit the following briefing schedule for the motion to dismiss the Amended Complaint that defendant Steven G. James, Acting Superintendent of the New York State Police ("Superintendent"), intends to file:

- Superintendent's opening memorandum: April 17, 2024
- Plaintiff's opposition: May 17, 2024
- Superintendent's reply memorandum: June 7, 2024

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Yuval Rubinstein
Special Litigation Counsel
Office of the Attorney General
Attorney for Superintendent James

Andrew Campanelli
Patricia M. Mackreth
Campanelli & Associates, P.C.
Attorneys for Plaintiff

Arlene S. Zwilling
Assistant County Attorney
Suffolk County Attorney's Office
Attorney for Defendants County of Suffolk
and Rodney K. Harrison